Don CRENSHAW, Appellant, v. STATE of Texas, Appellee.

No. 22982.

Court of Criminal Appeals of Texas.

Oct. 18, 1944.

J. T. Kelley, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for embezzlement, punishment assessed at two years in the penitentiary.

By affidavit appellant has made it known to the court that he does not desire to further prosecute his appeal, and same is ordered dismissed.

Keith Walker PORTERFIELD, Appellant, v. STATE of Texas, Appellee.

No. 22987.

Court of Criminal Appeals of Texas.

Oct. 18, 1944.

A. A. Kern and Baskett & Parks, all of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a period of ten years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Booker T. GARDNER, Appellant, v. STATE of Texas, Appellee.

No. 22939.

Court of Criminal Appeals of Texas.

Oct. 25, 1944.

W. E. Pinkston, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant's motion to withdraw his appeal is granted, and the clerk will issue mandate forthwith.

Odell HOLLINS, Appellant, v. STATE of Texas, Appellee.

No. 23000.

Court of Criminal Appeals of Texas.

Oct. 18, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant's motion to withdraw his appeal is granted, and the clerk is directed to so certify.